UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON SHAVER,

       Petitioner,

                           Case No. 2:15-cv-1

v.

                           HON. ROBERT HOLMES BELL

JEFFREY WOODS,

       Respondent.
_____/

## ORDER

In accordance with the opinion entered on this day:

**IT IS HEREBY ORDERED** that Petitioner's objections to the R&R (ECF No. 11) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c). Reasonable jurists would not disagree with the Court's conclusion that the claims are meritless. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

A judgment will enter that is consistent with this order.

Dated: November 2, 2016                      /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE